# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Eagles, Catherine C. | Middle District of North Carolina | 07/13/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Active Status | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 324 W. Market Street<br>Greensboro, NC 27401 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagles, Catherine C. | 07/13/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Matthew Bender & Co - Book Royalties | $209.15 |
| 2. 2011 | Consolidated Judicial Retirement System of NC - Pension | $71,306.16 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Higgins, Benjamin, Eagles & Adams, PLLC - Share of PLLC income |
| 2. 2011 | Elon University Law School - earnings for teaching |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagles, Catherine C. | 07/13/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagles, Catherine C. | 07/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 | | | | | | | | | |
| 2. BNC Bancorp | | None | | | Sold | 01/25/11 | J | | |
| 3. Dominion Resources Inc. VA New Stock | B | Dividend | L | T | Donated (part) | | | | |
| 4. Duke Energy | C | Dividend | L | T | | | | | |
| 5. Piedmont Natural Gas | A | Dividend | K | T | | | | | |
| 6. Progress Energy | A | Dividend | J | T | | | | | |
| 7. Public Service Enterprise Group | A | Dividend | J | T | | | | | |
| 8. Southern Bancshares NC Inc. | A | Dividend | M | T | | | | | |
| 9. Spectra Energy | B | Dividend | L | T | | | | | |
| 10. The Southern Company | A | Dividend | J | T | | | | | |
| 11. Brokerage Account #1 | | | | | | | | | |
| 12. Invesco Charter Fund Cl A | A | Dividend | J | T | | | | | |
| 13. Growth Fund America Cl A Mutual Fund | A | Dividend | L | T | | | | | |
| 14. Investment Co. America Cl A AIVSX | D | Dividend | N | T | | | | | |
| 15. Wash Mutl Invs Fd Inc. Cl A AWSHX | A | Dividend | K | T | | | | | |
| 16. Brokerage Account #1 | | | | | | | | | |
| 17. Bank of India Cert of Deposit | | None | K | T | Buy | 08/29/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagles, Catherine C. | 07/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo Advisors Money Market Account | A | Interest | M | T | | | | | |
| 19. IRA #1 | | | | | | | | | |
| 20. Amer. Balanced Fd Cl A Mutual Fund | B | Dividend | L | T | | | | | |
| 21. Inv. Co. of America CL A | C | Dividend | M | T | | | | | |
| 22. IRA #2 | | | | | | | | | |
| 23. Wells Fargo Advtg Cl Value Fd (Y) | | | | | | | | | |
| 24. Wells Fargo Equity Value Fd CL A (X) | A | Dividend | L | T | | | | | |
| 25. IRA #3 | | | | | | | | | |
| 26. Growth Fund Am. CL A | A | Dividend | J | T | | | | | |
| 27. IRA #4 | | | | | | | | | |
| 28. Cash - Wells Fargo Advisors | A | Interest | L | T | | | | | |
| 29. Inv. Co. Am CL A AIVSX | C | Dividend | M | T | | | | | |
| 30. Amer Balanced Fd CL A | B | Dividend | M | T | Buy | 08/09/11 | M | | |
| 31. Capital Income Bldr CL A (X) | D | Dividend | N | T | | | | | |
| 32. IRA #5 | | | | | | | | | |
| 33. Growth Fund Am CL A AGTHX | A | Dividend | J | T | | | | | |
| 34. 401k #1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NC Large Cap Index Fund Mutual Fund | | None | | | Merged (with line 28) | 08/03/11 | L | | |
| 36. NC Large Cap Value Fund Mutual Fund | | None | | | Merged (with line 28) | 08/03/11 | K | | |
| 37. NC Large Cap Growth Fund Mutual Fund | | None | | | Merged (with line 28) | 08/03/11 | K | | |
| 38. 401k #2 | | | | | | | | | |
| 39. Growth Fund America R2 Mutual Fund | | None | K | T | | | | | |
| 40. Capital Income Builder R2 Mutual Fund | | None | K | T | | | | | |
| 41. Inv. Co. of Am. Class A | A | Dividend | J | T | | | | | |
| 42. Lincoln National Life Insurance Co Policies Surrrender Value | | None | L | T | | | | | |
| 43. Wachovia Bank Account | A | Interest | L | T | | | | | |
| 44. Eagles Farms LLC | C | Distribution | M | W | | | | | |
| 45. Bank of America Account | A | Int./Div. | K | T | | | | | |
| 46. Auspice stock (X) | | None | | | Redeemed | | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions listed on nomination report are no longer held.

Part II. 401(k) NC Supplemental Retirement Plan listed on line II. 1 of nomination report was rolled over on (08/03/11) into IRA #4, an account managed by Wells Fargo Advisors. The account where the funds are now held is listed in Part VII, lines 27-31 of this report.

Part VII. BB&T stock reported on line 2 of nomination report was sold at a loss on 12/20/10, after filing of nomination report but before confirmation.

Citigroup stock (reported as "Citicorp" on line 4 of nomination report) was sold at a loss on 05/11/10, after filing of nomination report but before Senate confirmation.

GlaxoSmithKline stock reported on line 7 of nomination report was sold on 3/10/09, after reporting period for nomination report and before confirmation.

Lincoln National Corp. stock reported on line 8 of nomination report was sold on 3/10/09, 3/24/09, 7/30/09 and 11/20/09, after reporting period for nomination report and before confirmation.

Sprint stock reported on line 15 of nomination report was sold at a loss on 05/11/10, after filing of nomination report but before Senate confirmation.

AIM Equity Funds in Charter FD listed on line 17 of nomination report changed names in April, 2010 to Invesco Charter Fund. Invesco Charter Fund holdings are listed on line 12 of this report.

Evergreen Equity Income FD CL A listed on line 26 of nomination report changed names in July, 2010 to Wells Fargo Advantage Classic Value Fd CL A, listed on line 23 of this report. On 8/30/11, Wells Fargo Advantage Classic Value Fd CL A was exchanged for Wells Fargo Equity Value FD CL A, listed on line 24 of this report.

Line 3 - Donated ___ shares of Dominion Resources Inc. VA New Stock on 5/4/11. Approximate value of donated shares = $5,075.

Line 18 - Reflects cash in money market account in Brokerage Acct. #1. Listed on line 42 of nomination report.

Line 31 - Capital Income Bldr CL A - Shares purchased 4/20/10, after filing of nomination report but before Senate confirmation.

Lines 34-37 - Funds on lines 34-37 (reported on lines 34-37 of nomination report) were rolled over on 8/3/11 into IRA #4, listed on lines 27-31 of this 2011 report.

Line 41 - This fund is the same as fund reported on line 21 of nomination report.

Line 46 - Auspice stock reported on line 45 had a value of less than $1,000, and thus was not included on nomination report. All shares were liquidated in 2011; liquidation distribution reported here. I do not know the date of the distribution.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Catherine C. Eagles**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544